United States District Court
Southern District of Texas
**ENTERED**
May 21, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALI HAIDER, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-413 |
| | § | |
| WARDEN, PORT ISABEL DETENTION CENTER, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

## ORDER

Respondents seek dismissal of Petitioner Ali Haider's Petition for Writ of Habeas Corpus (Doc. 1), arguing that his release from detention moots the petition. (Motion, Doc. 17) As Respondents have demonstrated that Petitioner was removed from the United States, (*see* Detention History, Doc. 17–1), the Court finds that good cause supports the requested relief. Accordingly, it is:

**ORDERED** that Respondents' Motion to Dismiss as Moot or for Lack of Subject Matter Jurisdiction (Doc. 17) is **GRANTED**; and

**ORDERED** that Petitioner Ali Haider's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED AS MOOT**.

The Clerk of Court is directed to close this case.

Signed on May 21, 2026.

Fernando Rodriguez, Jr.
Fernando Rodriguez, Jr.
United States District Judge